JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Selene Britney Michelle,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:23-cv-03478-LJC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 11, 2023 to December 11, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of October 9, 2023 and October 16, 2023,

1  Counsel currently has 8 merit brief and 3 reply briefs due. Counsel requires
2  additional time to brief the issues thoroughly for the Court's consideration.
3  Defendant does not oppose the requested extension.  Counsel apologizes to the
4  Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: October 9, 2023       PENA & BROMBERG, ATTORNEYS AT LAW

                              By:  */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: October 9, 2023      PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation
                                Social Security Administration

                              By:  */s/ Erin  Highland
                                  Erin  Highland
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on October 4, 2023)

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 10, 2023

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

3