UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BRITNEY MICHELLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING,[1]<br><br>    Defendant. | Case No.  23-cv-03478-LJC<br><br>**ORDER GRANTING STIPULATION FOR EAJA ATTORNEYS' FEES**<br><br>Re: Dkt. No. 22 |

Sufficient cause having been shown, the parties' Stipulation (ECF No. 22) for attorneys' fees under the Equal Access to Justice Act (EAJA) is GRANTED.  Fes and expenses in the amount of EIGHT THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($8,500.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, are hereby awarded subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: February 5, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] The Court takes judicial notice that Michelle King is currently the Acting Commissioner of Social Security, and is therefore automatically substituted as the defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.